AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Stefan Prystawik, Arnim Voelkner,

)
)
*Plaintiff*
)
)
v.
) Civil Action No.
Hewlett-Packard Company
) C 13-02831 EDL
)
)
*Defendant*
)

Pro Se

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hewlett-Packard Company
3000 Hanover Street
Palo Alto, CA 94304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stefan Prystawik,
PRC Law LLC,
332 S Michigan Ave., Suite 1032,
Chicago, Il 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 2 3 2013

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*