IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRYSTAWIK ET AL, | No. C -13-02831(EDL) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

On July 22, 2013, and August 12, 2013, mail directed to Plaintiff Voelkner was returned to the Court as undeliverable. Under Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file with the Court a Notice of Change of Address, and the Court may dismiss a complaint without prejudice when mail directed to a pro se party is returned to the Court as not deliverable and the party does not notify the Court of a new address within 60 days. Further, Plaintiffs violated this Court's Order (Dkt. 2) by failing to file a Case Management Statement and by failing to appear at the September 17, 2013 Initial Case Management Conference. Plaintiffs also violated Local Rule 3-4 by not including their telephone numbers on documents filed with the Court.

Consequently, the Court orders Plaintiffs to show cause why this case should not be dismissed for their failure to comply with the Local Rules and this Court's Order. The Court will hold a hearing on the Order to Show Cause on October 29, 2013 at 9:00 a.m., 450 Golden Gate Ave., Courtroom E, 15th Floor, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 18, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PRYSTAWIK ET AL et al,

    Plaintiff,

  v.

HEWLETT-PACKARD COMPANY et al,

    Defendant.

Case Number: CV13-02831 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arnim Voelkner
PRC Law LLC
332 S Michigan Ave.
Suite 1032
Chicago, IL 60604

Stefan M. Prystawik
PRC Law LLC
332 S Michigan Ave.
Suite 1032
Chicago, IL 60604

Dated: September 18, 2013

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk

2