1

2                        IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    PRYSTAWIK ET AL,                          No. C -13-02831(EDL)

6                Plaintiff,                     **ORDER TO SHOW CAUSE**

7    v.

8    HEWLETT-PACKARD COMPANY,

9                Defendant.
     _____/

10

11          On July 22, 2013, and August 12, 2013, mail directed to Plaintiff Voelkner was returned to

12   the Court as undeliverable.  Under Local Rule 3-11, a party proceeding pro se whose address

13   changes while an action is pending must promptly file with the Court a Notice of Change of

14   Address, and the Court may dismiss a complaint without prejudice when mail directed to a pro se

15   party is returned to the Court as not deliverable and the party does not notify the Court of a new

16   address within 60 days.  Further, Plaintiffs violated this Court's Order (Dkt. 2) by failing to file a

17   Case Management Statement and by failing to appear at the September 17, 2013 Initial Case

18   Management Conference.  Plaintiffs also violated Local Rule 3-4 by not including their telephone

19   numbers on documents filed with the Court.

20          Consequently, the Court orders Plaintiffs to show cause why this case should not be

21   dismissed for their failure to comply with the Local Rules and this Court's Order.   The Court will

22   hold a hearing on the Order to Show Cause on October 29, 2013 at 9:00 a.m., 450 Golden Gate

23   Ave., Courtroom E, 15th Floor, San Francisco, California.

24   **IT IS SO ORDERED.**

25   Dated: September 18, 2013

26                                             _____
                                               ELIZABETH D. LAPORTE
27                                             United States Magistrate Judge

28

*United States District Court*
*For the Northern District of California*

United States District Court
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE

2

NORTHERN DISTRICT OF CALIFORNIA

3

4

PRYSTAWIK ET AL et al,

Case Number: CV13-02831 EDL

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

7

HEWLETT-PACKARD COMPANY et al,

Defendant.

8

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

That on September 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said

12

copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

Arnim Voelkner
PRC Law LLC

16

332 S Michigan Ave.
Suite 1032

17

Chicago, IL 60604

18

Stefan M. Prystawik
PRC Law LLC

19

332 S Michigan Ave.
Suite 1032

20

Chicago, IL 60604

21

Dated: September 18, 2013

22

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk

23

24

25

26

27

28

2