**United States District Court
For the
Northern District of California**

*FILED
2013 OCT 16 P 2:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA*

Stefan Prystawik, Arnim Voelkner, )
Plaintiffs )
) No. C-13-02831(EDL)
v. )
)
Hewlett-Packard Company, Defendant )

PLAINTIFF'S RESPONSE TO COURT'S
ORDER TO SHOW CAUSE AND
MOTION

ad1: Plaintiff's Office received Notice that the Initial Case Management Conference was postponed only on September 14, 2013.

ad2: Plaintiff's provided the Court with current and pertinent addresses at all times as well as a telephone number (312-523-0717).

Owing to Plaintiff Voelkner's ill health (attested copy to follow) and the fact that Plaintiff Prystawik cannot relinquish his duties as CEO in Berlin, Germany at short notice, plaintiffs submit a motion granting them to show cause in writing.

Respectfully submitted,

*[signature]*

Stefan M. Prystawik     Arnim Voelkner
PRC Law LLC, 332
S Michigan Ave.,
Suite 1032,
Chicago, IL 60604
                        PRO SE

Dated: OCT 11 2013

Berlin Representation
Friedrichstr. 90
10117 Berlin
Germany

PRO|Inc.

**PRIORITY**
PRIORITAIRE / LUFTPOST

Briefzentrum
30 Hannover



75
Deutschland



9410 0283 3432 0004

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

USA