IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRYSTAWIK ET AL, | No. C -13-02831(EDL) |
| Plaintiff, | **ORDER VACATING HEARING AND REQUIRING SERVICE BY NOVEMBER 18, 2013** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. / | |

On September 18, 2013, the Court ordered Plaintiffs to show cause why this case should not be dismissed for their failure to comply with the Local Rules and the Court's order regarding case management.  The Court set a hearing on the Order to Show Cause for October 29, 2013.

Plaintiffs responded to the Order to Show Cause on October 16, 2013.  On October 17, 2013, however, the 120-day deadline for Plaintiffs to serve Defendant under Federal Rule of Civil Procedure 4(m) expired, and the docket does not indicate that Defendant has been served. Consequently, the Court vacates the hearing set for October 29, 2013 and orders Plaintiffs to complete service on Defendant no later than November 18, 2013.  Failure to serve Defendant by that date may result in the Court dismissing the case.

**IT IS SO ORDERED.**

Dated:  10/21/13

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4  PRYSTAWIK ET AL et al,

Case Number: CV13-02831 EDL

5         Plaintiff,

**CERTIFICATE OF SERVICE**

6    v.

7  HEWLETT-PACKARD COMPANY et al,

8         Defendant.
                                        /

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11  That on October 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15  Arnim Voelkner
    PRC Law LLC
16  332 S Michigan Ave.
    Suite 1032
17  Chicago, IL 60604

18  Stefan M. Prystawik
    PRC Law LLC
19  332 S Michigan Ave.
    Suite 1032
20  Chicago, IL 60604

21  Dated: October 21, 2013

                        Richard W. Wieking, Clerk
22                      By: Lisa R Clark, Deputy Clerk

23

24

25

26

27

28

2