IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRYSTAWIK ET AL,<br><br>      Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>      Defendant.<br>_____/ | No. C -13-02831(EDL)<br><br>**ORDER VACATING HEARING AND REQUIRING SERVICE BY NOVEMBER 18, 2013** |

On September 18, 2013, the Court ordered Plaintiffs to show cause why this case should not be dismissed for their failure to comply with the Local Rules and the Court's order regarding case management. The Court set a hearing on the Order to Show Cause for October 29, 2013.

Plaintiffs responded to the Order to Show Cause on October 16, 2013. On October 17, 2013, however, the 120-day deadline for Plaintiffs to serve Defendant under Federal Rule of Civil Procedure 4(m) expired, and the docket does not indicate that Defendant has been served. Consequently, the Court vacates the hearing set for October 29, 2013 and orders Plaintiffs to complete service on Defendant no later than November 18, 2013. Failure to serve Defendant by that date may result in the Court dismissing the case.

**IT IS SO ORDERED.**

Dated: 10/21/13

                                                            ELIZABETH D. LAPORTE<br>
                                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PRYSTAWIK ET AL et al,

        Plaintiff,

v.

HEWLETT-PACKARD COMPANY et al,

        Defendant.

Case Number: CV13-02831 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arnim Voelkner
PRC Law LLC
332 S Michigan Ave.
Suite 1032
Chicago, IL 60604

Stefan M. Prystawik
PRC Law LLC
332 S Michigan Ave.
Suite 1032
Chicago, IL 60604

Dated: October 21, 2013

                              Richard W. Wieking, Clerk
                              By: Lisa R Clark, Deputy Clerk