**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRYSTAWIK ET AL, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. _____/ | No. C -13-02831(EDL) <br><br> **ORDER REASSIGNING CASE AND REPORT & RECOMMENDATION TO DISMISS** |

On October 17, 2013, the 120-day deadline for Plaintiffs to serve Defendant expired. Because Plaintiffs had not served Defendant, the Court ordered Plaintiffs to complete service no later than November 18, 2013. The Court informed Plaintiffs that failure to serve Defendant by that date could result in dismissal.

As of November 19, 2013, Plaintiffs have not served Defendant. Moreover, one or more parties has not consented to the jurisdiction of a United States Magistrate Judge. Consequently, the Court directs the Clerk of this Court to randomly reassign this case to a United States District Judge. The Court recommends that the District Court dismiss this case without prejudice under Federal Rule of Civil Procedure 4(m) due to Plaintiffs' failure to serve Defendant.

Any party may serve and file specific written objections to this recommendation within fourteen (14) working days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); Civil Local Rule 72-3. Failure to file objections within the specified time may waive the right to appeal the district court's order.

Dated: November 19, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge