IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEFAN M. PRYSTAWIK and ARNIM VOELKNER,

    Plaintiffs,

  v.

HEWLETT-PACKARD COMPANY,

    Defendant.

No. C 13-02831 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE**

The undersigned has reviewed the report and recommendation by Magistrate Judge Elizabeth D. Laporte and agrees that this case should be dismissed for the reasons stated therein. No objection was received in response to this report and recommendation. This order therefore **ACCEPTS** and **ADOPTS** in full the report and recommendation of Judge Laporte. Under Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: December 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE