IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEFAN M. PRYSTAWIK and
ARNIM VOELKNER,

    Plaintiffs,

  v.

HEWLETT-PACKARD COMPANY,

    Defendant.

No. C 13-02831 WHA

**ORDER RE PLAINTIFFS' OBJECTION DATED DECEMBER 18, 2013**

*Pro se* plaintiffs Stefan M. Prystawik and Arnim Voelkner have filed an objection dated December 18, 2013 (Dkt. No. 24). The objection is directed at the report and recommendation filed on November 19, 2013, to dismiss this matter because of plaintiffs' failure to timely serve defendant. The fourteen-day period for objecting to this report and recommendation, however, has come and gone. In fact, an order dated December 6, 2013 adopted the report and recommendation, with judgment entered that same day. Although plaintiffs' objection states that "at no time so far in these proceedings have Plaintiffs received ANY copies of filed documents," the report and recommendation was sent to defendants' address — 332 S Michigan Ave., Suite 1032, Chicago, IL 60604 — the same address listed on plaintiffs' objection (*see* Dkt. Nos. 18, 24). Accordingly, the objection is untimely and does not affect the December 6 order and judgment entered here.

**IT IS SO ORDERED.**

Dated: January 3, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE