1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    STEFAN M. PRYSTAWIK and
     ARNIM VOELKNER,
10

11             Plaintiffs,                          No. C 13-02831 WHA

12      v.

13   HEWLETT-PACKARD COMPANY,                       **ORDER RE PLAINTIFFS'**
                                                    **OBJECTION DATED**
14             Defendant.                           **DECEMBER 18, 2013**
     _____/

15

16        *Pro se* plaintiffs Stefan M. Prystawik and Arnim Voelkner have filed an objection dated

17   December 18, 2013  (Dkt. No. 24).  The objection is directed at the report and recommendation

18   filed on November 19, 2013, to dismiss this matter because of plaintiffs' failure to timely serve

19   defendant.  The fourteen-day period for objecting to this report and recommendation, however,

20   has come and gone.  In fact, an order dated December 6, 2013 adopted the report and

21   recommendation, with judgment entered that same day.  Although plaintiffs' objection states that

22   "at no time so far in these proceedings have Plaintiffs received ANY copies of filed documents,"

23   the report and recommendation was sent to defendants' address — 332 S Michigan Ave., Suite

24   1032, Chicago, IL 60604 — the same address listed on plaintiffs' objection (*see* Dkt. Nos. 18,

25   24).  Accordingly, the objection is untimely and does not affect the December 6 order and

26   judgment entered here.

27        **IT IS SO ORDERED.**

28   Dated:  January 3, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE